PER CURIAM:
These claims were submitted for decision based upon the allegations in the Notices of Claims and respondent's Answer.
Claimants seek compensation for overtime compensation from Welch Emergency Hospital, a facility of respondent, pursuant to the U.S.Department of Labor Regulations for the time period of April 16, 1986 through April, 1987. The claimants have not been paid for their services. The respondents admits the validity and amount of the claims and states that there were sufficient funds in the appropriate fiscal year upon which the claims could have been paid.
In view of the foregoing, the Court makes awards as follows:
Court of Claims Number Name of Claimant Amount of Claim
CC-87-530 Elsie Adams $267.24
CC-87-658 Karen Addair $346.39
CC-87-548 Luther Addair $691.01
CC-87-547 Merry Addair $610.00
CC-87-549 Nathan Adkins $705.59
CC-88-31 Mary Akers $306.44
CC-87-686 Anna Bailey $591.45
CC-87-550 Ardeen Bailey $346.44
CC-87-551 Clarissa Bailey $955.65
CC-87-682 Sylvia Bailey $3,037.14
CC-88-13 William Bailey $493.40
CC-87-552 Wilma Bailey $484.95
CC-87-742 Sylvia Barrett $220.37
CC-87-536 Barbara Baylor $284.16
CC-87-655 Virginia Beaman $626.54
CC-87-553 Cheryl Beavers $6.16
CC-87-555 Helen Beheler $927.42
CC-87-532 Cynthia Bell $742.50
CC-87-554 Ronald Billings $3,050.51
CC-87-540 Sherri Birchfield $212.23
CC-87-633 Barbara Bishop $490.68
CC-87-545 Donald Bishop $660.99
*89 CC-87-541 Linda Bishop $456.56
CC-87-556 Jeannie Blankenship $641.63
CC-87-557 James Blizzard $292.26
CC-87-735 Martha Boggs $217.83
CC-87-731 Debra Bolen $786.51
CC-87-562 Naomi Box $628.95
CC-88-32 Howard Boyd $216.80
CC-87-669 Sandra D. Brickey $114.53
CC-87-542 Mary Browning $774.98
CC-87-560 Edna Burks $419.88
CC-87-561 Nathaniel Burroughs $448.21
CC-87-544 Ethel Bush $436.71
CC-87-741 Lori Carter $349.29
CC-87-563 Lucille Carter $454.36
CC-87-565 Richard Carter $113.87
CC-87-564 Norma Cartwright $797.21
CC-87-558 Brenda Chatman $350.85
CC-87-559 Cheryl Chatman $572.14
CC-87-566 Alice Church $364.24
CC-87-569 Bennett Church $765.59
CC-87-533 Juanita Church $1,938.66
CC-87-652 Jeriene Coleman $777.24
CC-87-539 Myrtle Compton $928.78
CC-87-567 Leah Cook $568.90
CC-87-522 Patricia Cooper $911.76
CC-87-650 Helena Cox $443.83
CC-87-659 Paula Cox $686.79
CC-87-666 Izallier Dalton $328.57
CC-87-651 Shirley Dalton $54.99
CC-87-600 Evelyn Davis $292.77
CC-87-740 Judy Davis $185.87
CC-87-568 Helena Dawson $520.35
CC-87-570 Carol Day $1,579.75
CC-087-601 Drema Day $505.89
CC-87-571 Albert Deskins $175.64
CC-88-12 Andrea Donithan $389.11
CC-87-572 Charlie Edwards $320.79
CC-87-573 Robert Edwards $237.39
CC-87-589 Elizabeth England $335.25
CC-87-574 Virginia Evans $458.53
CC-87-526 Albert Falvo $397.54
CC-87-734 Diane Farmer $749.74
CC-87-543 Esther Farmer $465.60
*90 CC-87-534 Beverly Finney $850.73
CC-87-588 Rita Frasher $2,626.00
CC-87-575 David Gillenwater $44.80
CC-87-586 Earline Gillenwater $574.23
CC-87-587 Carolyn Gillespie $677.55
CC-87-576 Sylvia Goforth $507.99
CC-87-585 Sheryl Grant $160.91
CC-87-577 Loretta Green $657.20
CC-87-584 Patsy Green $517.04
CC-87-578 Francoise Guidi $181.06
CC-87-580 Karen Hale $126.13
CC-87-581 Henry Hall $344.38
CC-87-537 Ogie Handshoe $236.95
CC-87-579 Fred Hardee $1,199.52
CC-87-656 Janice Haynes $334.00
CC-87-685 William Heath $231.66
CC-87-582 Helen Hicks $289.82
CC-87-583 Barbara Hill $370.79
CC-87-599 Patricia Holland $414.96
CC-87-538 Rosetta Hopkins $422.98
CC-87-592 John Horton $233.08
CC-87-590 Rita Horton $1,182.76
CC-87-591 Regina Hudson $143.64
CC-88-10 Ellen Hurley $794.60
CC-87-593 Diana Jeffries $543.80
CC-87-684 Charles Jenks $387.18
CC-87-598 Nancy Johnson $342.01
CC-87-730 Thomas Johnson $262.16
CC-87-683 Vanessa Johnson $575.42
CC-87-687 John Jones $573.37
CC-87-733 Sandra Jones $63.42
CC-87-681 Nanci Jordan $331.32
CC-87-743 Denise Joyce $787.42
CC-87-668 Elizabeth Keen $948.43
CC-87-594 Frank Krajc $274.40
CC-87-595 Edward Lane $82.42
CC-87-596 Pamela Lane $675.48
CC-87-597 Phalanders Law $110.26
CC-87-529 Patricia Lawson $209.94
CC-87-612 Paul Ledford $61.86
CC-87-602 Beatrice Lester $278.98
CC-87-531 Carol Lester $670.60
CC-87-606 Carolyn Lester $603.94
*91 CC-87-603 Darcus Lester $904.44
CC-87-662 Dennis Lilly $550.80
CC-87-653 Ruthie Lipscomb $531.27
CC-87-604 Patricia Lockhart $229.74
CC-87-729 Virginia Lockhart $301.53
CC-87-680 Wanda Marcum $98.26
CC-87-607 Marvin Marsh $287.92
CC-87-605 Linda Martin $3.93
CC-87-609 John Mathews $406.15
CC-88-8 William Mathews $515.17
CC-87-608 Donald Matney $219.10
CC-87-610 Jeff Matthews $882.94
CC-87-611 Margaret May $402.46
CC-87-613 Martha McBride $1,280.74
CC-87-727 Rebecca McBride $538.80
CC-87-614 Bernadette McCoy $553.74
CC-87-670 Patricia McGrew $306.98
CC-87-671 William McGrew $318.79
CC-87-738 Jane McKinney $1,004.72
CC-87-624 Betty Mikels $954.38
CC-87-648 April Miller $15.04
CC-87-665 Peggy Miller $1,034.71
CC-87-649 Monica Mills $1,476.06
CC-87-615 Darrell Morgan $1,100.18
CC-87-623 Ruth Mullens $449.04
CC-87-546 Barbara Mullins $655.50
CC-87-617 Charólate Mullins $372.77
CC-87-663 Ola Mullins $380.56
CC-87-667 Patricia Mullins $305.53
CC-87-657 Ellissa Munsey $358.39
CC-87-616 William Neal $1,081.55
CC-87-732 Rebecca Sue Neeley $1,287.94
CC-88-16 Charles Neirman $1,093.42
CC-87-527 Judy Nystrom $762.90
CC-87-622 Eugene Paramore $680.89
CC-87-619 Mary Parker $262.73
CC-87-620 Sandra Parker $324.34
CC-87-618 Gail Parks $439.12
CC-87-621 Ruth Payne $725.68
CC-88-6 Tina Pittman $113.55
CC-87-728 Mary Premo $524.76
CC-87-625 Robin Pruitt $337.36
CC-88-15 Christina Rakes $305.51
*92 CC-88-30 Ronald E. Randolph $957.48
CC-87-739 Mary Redd $351.74
CC-87-646 Betty Reedy $534.22
CC-87-524 Alva Reilley $402.05
CC-87-647 Kathy Rhodes $1,195.27
CC-88-14 Claude R. Richards $293.07
CC-88-7 Kim Riffe $210.18
CC-88-25 Billy Riggs $1,807.36
CC-87-654 Jo Nell Rose $581.10
CC-87-626 Deborah Rotenberry $302.71
CC-87-525 Jerry Rotenberry $878.18
CC-87-627 Cora Marie Scales $427.37
CC-87-664 Jessie Shirley $388.17
CC-87-629 Charles Short $1,688.53
CC-87-628 Teresa Shrader $807.94
CC-88-11 Violet Shrewsberry $291.69
CC-87-630 Connie Sigmon $511.13
CC-87-631 Wanda Simons $1,018.18
CC-87-528 Carolyn Slaughter $5.67
CC-88-9 Dietrich Spencer $259.95
CC-87-632 Milton Steele $920.68
CC-87-679 Nellie R. Steele $376.00
CC-87-523 Martha Stevenson $1,904.72
CC-87-634 Evelyn Swiney $477.37
CC-88-22 Helen Terry $441.50
CC-87-521 Linda Thomas $194.45
CC-87-645 Garland Tilley $398.29
CC-87-635 Yvonne Townsend $476.62
CC-87-636 Casperetta Vance $412.38
CC-87-644 Laura Vaughn $376.13
CC-87-642 Charlene Walker $54.64
CC-87-643 Larry Walker $196.96
CC-87-635 Marvin Walker $233.86
CC-87-641 Kathy White $417.28
CC-87-660 Debra Whited $576.00
CC-87-640 Alice Whitehead $497.35
CC-87-661 Carolyn Wolfe $1,079.85
CC-87-637 Claudia Woody $481.16
CC-87-639 Deborah Yates $990.16
CC-87-638 James Young $674.40
191 claims $107,889.77